Electronically Filed
 Supreme Court
 SCMF-XX-XXXXXXX
 01-MAY-2019
 03:57 PM
 SCMF-XX-XXXXXXX

 SUPREME COURT OF THE STATE OF HAWAI#I

 In the Matter of the
 FEBRUARY 2019 EXAMINATION FOR ADMISSION
 TO THE BAR OF THE STATE OF HAWAI#I

 NOTICE OF PASSING THE HAWAI#I BAR EXAMINATION

 The applicants listed below are hereby notified that each has passed the

February 2019 Hawai#i examination for admission to the Bar of the State of Hawai#i, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawai#i

(RSCH):

Chad Ken Lee Au Sarah Marie Hoff
Wesley George Barr Nicole Kulenic Hudspeth
Marcos Rafael Bendana Thomas Joseph Hughes
Aaron James Burnett Anita Helene Segalstad Hurlburt
Shannon Kele Calt Todd Karl Jenson
Catherine Rae Carbajal Kristen Lee Johns
Michelle Kristine Correia Jeanine Edythe Jones
Edward Hall Cross Paul William Keoki Judd
Nathaniel Dang Julia Yuri Kaneshiro
David Val Duperrault Christine Reiko Ogawa Karamatsu
Sabrina Rose Kamakakaulani Gramberg Kasie Koyo Kashimoto
Garrett Isaiah Halydier Diana Young Kim
Seongwu Han Rich Choi Kuhlmann
David Layne Hart Spencer Jeki Lau
John Michael Haushalter Cheryl Josie Lee
David Stuart Hendrickson Grace Unhae Lee

 -1-
Jeffrey Raymond Liebenguth James Robert Terry
Kimberly Ruth Lucas Gavin Ken Weng Tom
Martin Joseph Malloy Casey Marie Tong
Jeanilou Grace Torrado Maschhoff David John Tubman
Adam Nicholas Miller Michael Downing Turner
Herbert Hideo Sook-Gi Mukai Lindsey Noelani Ursua
Khanh Van Nguyen Alayna Lahela Usui
Kodai Sinclair Okano Marc Jeffrey Victor
Jesko Philip Onken Chantrelle Ann Melenani Waialae
Lane Kaiwi Tam Opulauoho Rachel Marie Weckhorst Espejo
Annika Brooke Kaufman Perkins Ashlyn Leigh Whitbeck
Vincent Gerald Raboteau, II Lindsey Leigh Bowman Wilson
Adriana Inocencia Reyes-Villanueva Monika Marie Wurlitzer
Rae Shih Christina Mei Lin Yee
Ryan Kkf Soon Eric Wee Keong Kekoa Yuen
Jay Toger Swanson Jamie Beth Zaffino
Jason Sanjuro Takenouchi Mark Allen Ziebold

 Each applicant is reminded that, until he or she has met all other requirements as

set forth in RSCH Rule 1.3, and has been admitted to practice law by the Supreme

Court of the State of Hawai#i, that applicant may not engage in the practice of law in this

jurisdiction.

 DATED: Honolulu, Hawai#i, May 1, 2019.

 BOARD OF EXAMINERS

 By: /s/ Rochelle R.T. Kaui

 Its Secretary

 -2-